**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                             **Case No. 3:25-cr-172/TKW**

**MARQUIS DY'MONTE BETHEA,**

    **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, MARQUIS DY'MONTE BETHEA, to Counts One and Two of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 23rd day of June, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**